### Commonwealth *v.* Davis, Appellant.

Before SALUS, JR., J., without a jury.

Argued September 9, 1974. *W. Bowe,* with him *John W. Packel,* Assistant Defender, and *Vincent J. Ziccardi,* Defender, for appellant; *James J. Wilson,* Assistant District Attorney, with him *Mark Sendrow* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The conviction for simple assault and battery is affirmed but since the sentence of three years probation exceeds the statutory limit of two years (Act of June 24, 1939, P. L. 872, §708, 18 P.S. §4708, Appendix) the record is remanded for resentence.